**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PAN OCEAN SINGAPORE PTE, LTD,**

    **Plaintiff,**

-vs-                                                                   **Case No. 6:09-cv-1206-Orl-31GJK**

**PAN OCEAN USA, LLC,**

    **Defendant.**

_____

# ORDER

This cause comes before the Court on Plaintiff's Motion for Entry of Final Default Judgment (Doc. No. 59) filed October 1, 2010.

On November 23, 2010, the United States Magistrate Judge issued a report (Doc. No. 61) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Entry of Final Default Judgment is GRANTED.

3. The Clerk is directed to enter a default judgment in the amount of $778,219.00 in favor of Plaintiff and against the Defendant and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 16th day of December, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE